UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ROBERT DAMIEN ANDERSON, | No. CV 12-5091-PLA |
| Petitioner, | **JUDGMENT** |
| v. | |
| WARDEN, SVSP, A. HEDGPETH, | |
| Respondent. | |

Pursuant to the memorandum decision and order, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: July 28, 2014

PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE